# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SANTINA NGUYEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTSIDE VENTURES, INC. DBA SKIN GENTLEMEN'S CLUB, WOO SUK "STANLEY" YANG, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01142-RGK-AGR<br><br>[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Stipulated Protective Order of Plaintiff and Defendants came before this court on May 18, 2020.

Having considered the application, and good cause appearing therefore, the Court hereby ENTERS the Stipulated Protective Order.

IT IS SO ORDERED.

DATED: May 28, 2020

Hon. Alicia G. Rosenberg

United States Magistrate Judge