

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| SANTINA NGUYEN, et al. | ) | Case No.: 2:20-cv-01142-RGK (AGRx) |
|---|---|---|
| Plaintiffs, | ) ) ) | **COLLECTIVE ACTION** |
| vs. | ) ) | |
| WESTSIDE VENTURES, INC. DBA SKIN GENTLEMEN'S CLUB, WOO SUK "STANLEY" YANG, an individual; DAVID CHEW, an individual; BECKY SHEELY, an individual; SHAWN STEEBER; an individual; and RAUL VILLAREAL, an individual, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **[Proposed] JUDGMENT IN FAVOR OF PLAINTIFFS PURSUANT TO STIPULATION & APPROVED SETTLEMENTS** |
| Defendants. | | |

Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Santina Nguyen ("Nguyen"), Sophia Heidler ("Heidler"), Ida Hurley ("Hurley"), Danielle Dion ("Dion"), Stacey Lee ("Lee"), Elaine Allen ("Allen"), Kiana Beime ("Beime"),

Aeja Hurt ("Hurt"), Sofia Fojo ("Fojo"), Jacqueline Nova ("Nova"), Bria Sandidge ("Sandidge"), Janita Garcia ("Garcia"), Vanessa Rosales ("Rosales"), Sydney Settle ("Settle"), Asppen Messer ("Messer"), and Mindy Kim ("Kim") (collectively "Plaintiffs") and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew (collectively "Defendants").

Some of the Plaintiffs have agreements where the Defendants are jointly and severally liable. Those Plaintiffs are Elaine Allen, Kiana Beime, Sophia Heidler, Asppen Messer, Bria Sandidge, and Sydney Settle.

The other Plaintiffs are parties to settlement agreements with stipulated judgment against Westside Ventures, Inc. dba Skin Gentlemen's Club jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) each severally liable for their respective percentages. Those Plaintiffs are Danielle Dion, Sofia Fojo, Janita Garcia, Ida Hurley, Aeja Hurt, Mindy Kim, Stacy Lee, Santina Nguyen, Jacqueline Nova, and Vanessa Rosales.

### ELAINE ALLEN

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Elaine Allen and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWELVE THOUSAND DOLLARS ($12,000)**, as well as $_____ in interest since March ____, 2021; and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $8,285.71 for the amounts paid for a **TOTAL AMOUNT OF $8,596.79**.

### KIANA BEIME

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Kiana Beime and against defendants

Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TEN THOUSAND DOLLARS ($10,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $6,904.76 for the amounts paid for a **TOTAL AMOUNT OF $7,977.74**.

## SOPHIA HEIDLER

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Sophia Heidler and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWO THOUSAND DOLLARS ($2,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4882.50 in attorneys' fees and costs since June 16, 2021, minus $1,380.95 for the amounts paid for a **TOTAL AMOUNT OF $5,501.55**.

## ASSPEN MESSER

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Asppen Messer and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF THREE THOUSAND DOLLARS ($3,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $2,071.43 for the amounts paid for a **TOTAL AMOUNT OF $5,811.07**.

## BRIA SANDIDGE

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Bria Sandidge and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk

Yang, and David Chew severally in the **AMOUNT OF EIGHT THOUSAND DOLLARS ($8,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $6,638.10 for the amounts paid for a **TOTAL AMOUNT OF $6,244.40**.

## <u>SYDNEY SETTLE</u>

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Sydney Settle and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF SIX THOUSAND DOLLARS ($6,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $4,142.86 for the amounts paid for a **TOTAL AMOUNT OF $6,739.64**.

## <u>DANIELLE DION</u>

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Danielle Dion and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWENTY THOUSAND DOLLARS ($20,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $13,809.52 for the amounts paid for a **TOTAL AMOUNT OF $11,072.98**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $11,072.98**.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SOFIA FOJO

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Sofia Fojo and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF FIFTY THOUSAND DOLLARS ($50,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $34,523.81 for the amounts paid for a **TOTAL AMOUNT OF $20,358.69**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $20,358.69**.

## JANITA GARCIA

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Janita Garcia and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF EIGHTY THOUSAND DOLLARS ($80,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $55,238.10 for the amounts paid for a **TOTAL AMOUNT OF $29,644.44**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the TOTAL AMOUNT of $29,644.44.

1

2

## IDA HURLEY

3         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

4 judgment is entered in favor of plaintiff Ida Hurley and against defendants

5 Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk

6 Yang, and David Chew severally in the **AMOUNT OF EIGHTY-THREE**

7 **THOUSAND DOLLARS ($83,000)**, ~~as well as $_____ in interest since March~~

8 ~~_____, 2021~~; and $4882.50 in attorneys' fees and costs since June 16, 2021, in

9 connection with the entry and enforcement of this Judgment, minus $57,309.52

10 for the amounts paid for a **TOTAL AMOUNT OF $30,572.98**.

11         Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the

12 full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang

13 (30%) are each severally liable for their respective percentages of the TOTAL

14 AMOUNT of $30,572.98.

15

16

## AEJA HURT

17

18         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

19 judgment is entered in favor of plaintiff Ajea Hurt and against defendants

20 Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk

21 Yang, and David Chew severally in the **AMOUNT OF TWENTY**

22 **THOUSAND DOLLARS ($20,000)**, ~~as well as $_____ in interest since March~~

23 ~~_____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in

24 connection with the entry and enforcement of this Judgment, minus $13,809.52

25 for the amounts paid for a **TOTAL AMOUNT OF $11,072.98**.

26         Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the

27 full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang

28 (30%) are each severally liable for their respective percentages of the **TOTAL**

1    **AMOUNT OF $11,072.98**.

2

3    **<u>MINDY KIM</u>**

4    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

5    judgment is entered in favor of plaintiff Mindy Kim and against defendants

6    Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk

7    Yang, and David Chew severally in the **AMOUNT OF SEVENTY-FIVE**

8    **THOUSAND DOLLARS ($75,000)**, ~~as well as $_____ in interest since March~~

9    ~~____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in

10   connection with the entry and enforcement of this Judgment, minus $51,785.71

11   for the amounts paid for a **TOTAL AMOUNT OF $28,096.79**.

12   Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the

13   full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang

14   (30%) are each severally liable for their respective percentages of the **TOTAL**

15   **AMOUNT OF $28,096.79**.

16

17   **<u>STACY LEE</u>**

18   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

19   judgment is entered in favor of plaintiff Stacy Lee and against defendants

20   Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk

21   Yang, and David Chew severally in the **AMOUNT OF THIRTY-FIVE**

22   **THOUSAND DOLLARS ($35,000)**, ~~as well as $_____ in interest since March~~

23   ~~____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in

24   connection with the entry and enforcement of this Judgment, minus $24,166.67

25   for the amounts paid for a **TOTAL AMOUNT OF $15,715.83**.

26   Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the

27   full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang

28   (30%) are each severally liable for their respective percentages of the **TOTAL**

**AMOUNT OF $15,715.83**.

## SANTINA NGUYEN

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Santina Nguyen and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF FIFTY-FIVE THOUSAND DOLLARS ($55,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $37,976.19 for the amounts paid for a **TOTAL AMOUNT OF $21,906.31**.

    Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT of $21,906.31**.

## JACQUELINE NOVA

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Jacqueline Nova and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWENTY-FIVE THOUSAND DOLLARS ($25,000)**, ~~as well as $_____ in interest since March _____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $17,261.90 for the amounts paid for a **TOTAL AMOUNT OF $12,620.60**.

    Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL**

**AMOUNT OF $12,620.60**.

### <u>VANESSA ROSALES</u>

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Vanessa Rosales and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF THIRTY-FIVE THOUSAND DOLLARS ($35,000)**, ~~as well as $_____ in interest since March ____, 2021~~; and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $24,166.67 for the amounts paid for a **TOTAL AMOUNT OF $15,715.83**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $15,715.83**.

This judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated: _____          _____
                            Honorable R. Gary Klausner
                            United States District Judge

## CERTIFICATE OF SERVICE

I certify that on Friday, September 15, 2023, a true and correct copy of the attached **[Proposed] JUDGMENT IN FAVOR OF PLAINTIFFS PURSUANT TO STIPULATION & APPROVED SETTLEMENTS** and accompanying documents were served via CM/ECF on all participants of record, including the persons listed below, pursuant to Fed. R. Civ. P. 5.

Robert Tauler
**TAULER SMITH LLP**
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Email: rtauler@taulersmith.com
Email: vsaryan@taulersmith.com
Email: lstein@taulersmith.com

*Counsel for Defendants*

Jarrett Ellzey (*Pro Hac Vice*)
Texas Bar No. 24040864
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Facsimile: (888) 995-3335
*jarrett@ellzeylaw.com*

*Co-Counsel for Plaintiffs*

_/s/ John P. Kristensen_
John P. Kristensen