closed

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SANTINA NGUYEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WESTSIDE VENTURES, INC. DBA SKIN GENTLEMEN'S CLUB, WOO SUK "STANLEY" YANG, an individual; DAVID CHEW, an individual; BECKY SHEELY, an individual; SHAWN STEEBER; an individual; and RAUL VILLAREAL, an individual, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01142-RGK (AGRx)<br><br>**COLLECTIVE ACTION**<br><br>~~[Proposed]~~ **JUDGMENT IN FAVOR OF PLAINTIFFS PURSUANT TO STIPULATION & APPROVED SETTLEMENTS** |

Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Santina Nguyen ("Nguyen"), Sophia Heidler ("Heidler"), Ida Hurley ("Hurley"), Danielle Dion ("Dion"), Stacey Lee ("Lee"), Elaine Allen ("Allen"), Kiana Beime ("Beime"),

Aeja Hurt ("Hurt"), Sofia Fojo ("Fojo"), Jacqueline Nova ("Nova"), Bria Sandidge ("Sandidge"), Janita Garcia ("Garcia"), Vanessa Rosales ("Rosales"), Sydney Settle ("Settle"), Asppen Messer ("Messer"), and Mindy Kim ("Kim") (collectively "Plaintiffs") and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew (collectively "Defendants").

Some of the Plaintiffs have agreements where the Defendants are jointly and severally liable. Those Plaintiffs are Elaine Allen, Kiana Beime, Sophia Heidler, Asppen Messer, Bria Sandidge, and Sydney Settle.

The other Plaintiffs are parties to settlement agreements with stipulated judgment against Westside Ventures, Inc. dba Skin Gentlemen's Club jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) each severally liable for their respective percentages. Those Plaintiffs are Danielle Dion, Sofia Fojo, Janita Garcia, Ida Hurley, Aeja Hurt, Mindy Kim, Stacy Lee, Santina Nguyen, Jacqueline Nova, and Vanessa Rosales.

## ELAINE ALLEN

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Elaine Allen and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWELVE THOUSAND DOLLARS ($12,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $8,285.71 for the amounts paid for a **TOTAL AMOUNT OF $8,596.79**.

## KIANA BEIME

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Kiana Beime and against defendants

Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TEN THOUSAND DOLLARS ($10,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $6,904.76 for the amounts paid for a **TOTAL AMOUNT OF $7,977.74**.

## SOPHIA HEIDLER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Sophia Heidler and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWO THOUSAND DOLLARS ($2,000)**, and $4882.50 in attorneys' fees and costs since June 16, 2021, minus $1,380.95 for the amounts paid for a **TOTAL AMOUNT OF $5,501.55**.

## ASSPEN MESSER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Asppen Messer and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF THREE THOUSAND DOLLARS ($3,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $2,071.43 for the amounts paid for a **TOTAL AMOUNT OF $5,811.07**.

## BRIA SANDIDGE

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Bria Sandidge and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk

Yang, and David Chew severally in the **AMOUNT OF EIGHT THOUSAND DOLLARS ($8,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $6,638.10 for the amounts paid for a **TOTAL AMOUNT OF $6,244.40**.

## SYDNEY SETTLE

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Sydney Settle and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF SIX THOUSAND DOLLARS ($6,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, minus $4,142.86 for the amounts paid for a **TOTAL AMOUNT OF $6,739.64**.

## DANIELLE DION

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Danielle Dion and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWENTY THOUSAND DOLLARS ($20,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $13,809.52 for the amounts paid for a **TOTAL AMOUNT OF $11,072.98**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $11,072.98**.

## SOFIA FOJO

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Sofia Fojo and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF FIFTY THOUSAND DOLLARS ($50,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $34,523.81 for the amounts paid for a **TOTAL AMOUNT OF $20,358.69**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $20,358.69**.

## JANITA GARCIA

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Janita Garcia and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF EIGHTY THOUSAND DOLLARS ($80,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $55,238.10 for the amounts paid for a **TOTAL AMOUNT OF $29,644.44**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the TOTAL AMOUNT of $29,644.44.

## IDA HURLEY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Ida Hurley and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF EIGHTY-THREE THOUSAND DOLLARS ($83,000)**, and $4882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $57,309.52 for the amounts paid for a **TOTAL AMOUNT OF $30,572.98**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the TOTAL AMOUNT of $30,572.98.

## AEJA HURT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Ajea Hurt and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWENTY THOUSAND DOLLARS ($20,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $13,809.52 for the amounts paid for a **TOTAL AMOUNT OF $11,072.98**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $11,072.98**.

## MINDY KIM

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Mindy Kim and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF SEVENTY-FIVE THOUSAND DOLLARS ($75,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $51,785.71 for the amounts paid for a **TOTAL AMOUNT OF $28,096.79**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $28,096.79**.

## STACY LEE

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Stacy Lee and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF THIRTY-FIVE THOUSAND DOLLARS ($35,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $24,166.67 for the amounts paid for a **TOTAL AMOUNT OF $15,715.83**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $15,715.83**.

## SANTINA NGUYEN

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Santina Nguyen and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF FIFTY-FIVE THOUSAND DOLLARS ($55,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $37,976.19 for the amounts paid for a **TOTAL AMOUNT OF $21,906.31**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT of $21,906.31**.

## JACQUELINE NOVA

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Jacqueline Nova and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF TWENTY-FIVE THOUSAND DOLLARS ($25,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $17,261.90 for the amounts paid for a **TOTAL AMOUNT OF $12,620.60**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $12,620.60**.

## VANESSA ROSALES

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Vanessa Rosales and against defendants Westside Ventures, Inc. dba Skin Gentlemen's Club, Stanley Yang, Woo Suk Yang, and David Chew severally in the **AMOUNT OF THIRTY-FIVE THOUSAND DOLLARS ($35,000)**, and $4,882.50 in attorneys' fees and costs since June 16, 2021, in connection with the entry and enforcement of this Judgment, minus $24,166.67 for the amounts paid for a **TOTAL AMOUNT OF $15,715.83**.

Westside Ventures, Inc. dba Skin Gentlemen's Club is jointly liable for the full amount and Stanley Yang (40%), David Chew (30%), and Woo Suk Yang (30%) are each severally liable for their respective percentages of the **TOTAL AMOUNT OF $15,715.83**.

This judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated: 9/19/2023

_____
Honorable R. Gary Klausner
United States District Judge